CT CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
04/04/2008
CT Log Number 513277244

**TO:** Glenn Messemer, VP, Gen Csl & Asst. Secy
Kaman Corporation
1332 Blue Hill Avenue, P.O. Box 1
Bloomfield, CT 06002

**RE:** **Process Served in Rhode Island**

**FOR:** Kaman Industrial Technologies Corporation (Domestic State: CT)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | David M. Cerullo, Pltf. vs. Kaman Corporation and Cigna Corporation Life Insurance Company of North America, Dfts.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Superior Court Kent County, RI<br>Case # None Specified |
| **NATURE OF ACTION:** | Insurance Litigation - Summons & Complaint - Seeking health insurance payments and disability benefits in excess of $5000 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Providence, RI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/04/2008 at 13:30 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days - exclusive of day of service |
| **ATTORNEY(S) / SENDER(S):** | John J. Flanagan, Esq.<br>2348 Post Road<br>Warwick, RI 02886 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 790485861977<br>Email Notification, Glenn Messemer GMM-CORP@KAMAN.COM<br>Email Notification, Cyndra Lewis cyndra.lewis@kaman.com<br>Fax Transmittal, Cyndra Lewis 860-243-7397 |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 10 Weybosset Street - 9th Floor<br>Providence, RI 02903 |
| **TELEPHONE:** | 401-861-7400 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# SUPERIOR COURT

___ *Providence County*
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

_X_ *Kent County*
Kent County Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886

___ *Newport County*
Murray Judicial Complex
45 Washington Square
Newport, Rhode Island 02840

___ *Washington County*
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, Rhode Island 02879

CIVIL ACTION, FILE No. 08-0007

DAVID M. CERULLO
Plaintiff

KAMAN CORPORATION; CIGNA CORPORATION; LIFE INSURANCE COMPANY of NORTH AMERICA
Defendants

## *Summons*

*To the above-named Defendant:* Kaman Industrial Technologies Corporation

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon John J. Flanagan, Esq. Plaintiff's attorney, whose address is 2348 Post Road, Warwick, RI 02886 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

Dated: April 2, 2008

(Seal of the Superior Court)

4/4/08

S-135 (REV. 02/07)

# State of Rhode Island and Providence Plantations

KENT ..................................., SC

## PROOF OF SERVICE

I hereby certify that on the .................................... day of ................................................ I served a copy of this summons and a copy of the complaint received therewith upon ................................................................................................................................................................
.................................................................................................................................................................................................
in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house, ................................................................................................................................................................ (Address) ................................ with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his/her usual place of abode, ................................................................................................................................................................ with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ................................................................................................................................

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:
.................................................................................................................................................................................................
.................................................................................................................................................................................................
.................................................................................................................................................................................................

Sheriff's Fees

Travel ........................ $........................

Service ........................ $........................

$........................

........................................................
Deputy Sheriff

CIVIL ACTION

FILE NO. 08-0007

SUMMONS

KENT
SUPERIOR COURT

DAVID M. CERULLO

vs

KAMAN CORPORATION; CIGNA CORPORATION; LIFE INSURANCE COMPANY OF NORTH AMERICA

John J. Flanagan, Esq.
2348 Post Rd., Warwick, RI 0288

ATTORNEY FOR PLAINTIFF

Please serve Kaman Industrial Technologies Corporation on
CT Corporation System
10 Weybosset Street
Providence, RI 02903

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

STATE OF RHODE ISLAND
KENT, SC.

SUPERIOR COURT

David M. Cerullo
Plaintiff

v.

C.A. #: 08- 7

KAMAN CORPORATION
CIGNA CORPORATION
LIFE INSURANCE COMPANY of
NORTH AMERICA
Defendants

**COMPLAINT**

1. The Plaintiff, David M. Cerullo, is an individual residing in West Warwick, County of Kent, State of Rhode Island.

2. The Defendant, Kaman Corporation, upon information and belief, is a Connecticut Corporation that conducted business in Warwick Rhode Island, County of Kent, at all times material herein.

3. The Defendant, Cigna Corporation ("Cigna") is a foreign corporation licensed to conduct business in Rhode Island and subject to Rhode Island long-arm jurisdiction operates under the trade names Cigna and Cigna Group Insurance and its subsidiary, Life Insurance Company of North America.

4. Upon information and belief, defendant Life Insurance Company of North America is a subsidiary of Cigna.

5. Upon information and belief, Cigna and its subsidiary, Life Insurance Company of North America, is the plan administrator for the Defendant Kamon Corporation's group claims under the Employee Retirement Insurance Security Act (hereinafter "ERISA").

6. Jurisdiction is conferred pursuant to 29 USC § 1132 (e) (1) as this honorable Superior Court is a State Court of Competent Jurisdiction.

7. During the course of his employment, Plaintiff paid premiums for both health insurance and a group disability insurance policy through a plan at Kaman Corporation.

8. On or about June 28, 2005 Plaintiff became disabled as a result of a pre-existing medical condition.

9. For a period of time Plaintiff was paid health insurance and short term disability under his policies. However while plaintiff remained permanently disabled his benefits were terminated.

10. Plaintiff timely appealed the decision and appeal of the plan administrator seeking long term disability benefits. An initial decision was issued on April 10, 2006 denying benefits. An appeal of that decision was issued August 18, 2006 again denying benefits. Plaintiff filed a timely appeal and request for review of that decision with in the administrative procedures set forth under the plan. Subsequently plaintiff was determined to be disabled by finding of the US Social Security Administration. Plaintiff further required surgical intervention. On or about October 14, 2007 Cigna notified Plaintiff, through counsel, that it is reviewing his request for reconsideration. At the time of this filing no decision has been made and Plaintiff remains disabled and in need of disability for which relief is sought.

11. At this time Plaintiff remains permanently disabled, has exhausted all remedies within his group insurance plans, and is in need of a judgment determining his eligibility for benefits for both permanent disability and health insurance premiums due and owing.

WHEREFORE, the Plaintiff, David M. Ceullo, demands judgment against the Defendants, Anthony D'Angelo, for payment of health insurance and disability benefits from termination to present, liquidated damages as set forth in 29 USC § 1132, reasonable attorney's fees, and damages in an amount to be determined at trial, but sufficient to meet the jurisdictional requirements of this Honorable Court, in excess of $5,000.00, plus interest and costs.

David M. Cerullo,
By his attorney,
John J. Flanagan

John J. Flanagan
(RI Bar # 3099)
2348 Post Road
Warwick, RI 02886

Date of Filing: January 4, 2008

MISC./FISCAL OFFICE

%%

RECEIPT

Rhode Island Justice System

Receipt Number: SCK59736
Date: 04-JAN-2008
Cashier: CIV

Payor: KH--JOHN J FLANAGAN
Address:

| Description | Amount |
|---|---|
| Case: KC-2008-0007 | |
| DAVID M CERULLO V KAMAN CORPO | |
| INITIAL FILING FE | 150.00 |
| PI LEGAL SERVICES | 10.00 |

Present Balance: 160.00
Amount Paid: 160.00
New Balance Due: 0.00

Tender Type:
CHECKS-4119 160.00

Amount Tendered: 0.00
Amount Paid: 160.00
160.00
Change: 0.00

MISC./FISCAL OFFICE

# STATE OF RHODE ISLAND
## SUPERIOR COURT
### CIVIL CASE COVER SHEET

KC-08-7
CASE #

THIS FORM MUST BE FILED WITH EACH ORIGINAL DOCUMENT THAT COMENCES A CIVIL PROCEEDING IN THE CLERK'S OFFICE. IF THE CASE IS A DISTRICT COURT APPEAL, THIS FORM MUST BE FILED WITH THE APPEAL IN THE DISTRICT COURT AND WILL BE TRANSFERRED WITH OTHER DOCUMENTS TO THE SUPERIOR COURT.

David M. Cerullo
PLAINTIFF ID#

Kaman Corporation
Cigna Corporation
Life Insurance Company of North America
DEFENDANT ID#

NATURE OF PROCEEDING - CHECK **ONE** APPLICABLE CASE TYPE UNDER MAIN CATEGORIES LISTED BELOW.

**CIVIL ACTION**

| | | |
|---|---|---|
| ( ) **AA** AGENCY APPEAL | | |
| ( ) **AB** ASSAULT & BATTERY | ( ) **EX** EXCESSIVE TAX | |
| ( ) **AE** ASBESTOS CASES | ( ) **FF** FORFEITURE | ( ) **PR** PARTITION |
| ( ) **AI** ANTI-TRUST | ( ) **FG** FOREIGN JUDGMENT | ( ) **RC** REINSTATE CHARTER |
| ( ) **BA** BOOK ACCOUNT | ( ) **FS** FRIENDLY SUIT | ( ) **PT** PROMISSARY NOTE |
| ( ) **BP** BILL OF RIGHTS-POLICE OFF | ( ) **ID** PER INJURY/PROP DAM/VEH | ( ) **RY** REAL PROPERTY |
| ( ) **CH** CIVIL RIGHTS/JOB DISCRIM | ( ) **IJ** INJUNCTIVE RELIEF | ( ) **SA** SEXUAL ABUSE |
| ( ) **CI** CRIMINAL INJURY COMP | ( ) **IP** INTERPLEADER | ( ) **SF** SPECIFIC PERFORMANCE |
| ( ) **CL** COMMON LAW ASSIGNMENT | ( ) **LC** LEAD CASE | ( ) **SX** SEXUAL HARASSMENT |
| ( ) **CM** COMMON LAW LIEN | ( ) **LS** LIBEL/SLANDER | (X) **TD** CONTRACT DAMAGES |
| ( ) **CS** CONVERSION | ( ) **ME** MALPRACTICE/LEGAL | ( ) **TE** TRESSPASS & EJECTMENT |
| ( ) **CV** CRIMINAL CONVERSION | ( ) **MM** MALPRACTICE/MEDICAL | ( ) **TO** TITLE CLEARING |
| ( ) **CH** CIVIL RIGHTS/JOB DISCRIMIN | ( ) **MO** MALPRACTICE/OTHER | ( ) **TV** TRUSTEE/APPT CONVEY TITLE |
| ( ) **DJ** DECLARATORY JUDGMENT | ( ) **OV** OTHER CIVIL ACTION | ( ) **TG** TRUSTEE/ACCOUNTING |
| ( ) **DG** RECOVERY OF DAMAGES | ( ) **PB** PROPERTY DAMAGES | ( ) **UM** UNINSURED MOTORIST |
| ( ) **DB** DEBT ON JUDGMENT | ( ) **PG** PROPERTY DAMAGES/VEH | ( ) **WM** WRIT OF MANDAMUS |
| ( ) **DD** DECEPTIVE TRADE PRACTICE | ( ) **PI** PERSONAL INJURY | ( ) **WR** WRIT OF REPLEVIN |
| ( ) **DN** DENIAL OF PROBATE CLAIM | ( ) **PJ** PERSONAL INJURY/VEHICLE | ( ) **WD** WRONGFUL DEATH |
| | ( ) **PL** PRODUCT LIABILITY | |

**MISCELLANEOUS PETITION**

| | | |
|---|---|---|
| ( ) **AC** ARBITRATION/CONFIRM | | |
| ( ) **AD** ARBITRATION AWARD | ( ) **GJ** GRAND JURY INVESTIGATION | |
| ( ) **AS** ASSESSMENT OF DAMAGES | ( ) **HC** HABEAS CORPUS | ( ) **PX** PETITION TO EXPUNGE |
| ( ) **CE** CONDEMNATION | ( ) **LN** LEVEL COMMUN NOTIFICATION | ( ) **PY** PETITION INVENT (WIRE TAP) |
| ( ) **CN** CONFIRM COMPROMISE | ( ) **ML** MECHANICS LIEN | ( ) **RB** ARBITRATION REFERRAL |
| ( ) **CP** CONTEMPT | ( ) **MW** MATERIAL WITNESS | ( ) **RP** RULE 5A PETITION |
| ( ) **DI** DISCLAIMER | ( ) **OM** OTHER MISC PETITION | ( ) **RV** RECEIVERSHIP |
| ( ) **DS** DISSOLUTION OF CORP | ( ) **OW** OUT OF STATE WITNESS | ( ) **SO** SEXUAL VIOLENT PREDATOR |
| ( ) **DT** DECLINATION OF TRUSTEE | ( ) **PC** POST CONVICTION RELIEF | ( ) **TA** APPOINTMENT OF TRUSTEE |
| ( ) **EN** END PARTNERSHIP | ( ) **PD** PETITION TO TAKE DEPO | ( ) **TC** TITLE CLEARING (TAX TITLE) |
| ( ) **FC** FORFEITURE OF CHARTER | ( ) **PM** PETITION FOR IMMUNITY | ( ) **TL** FORECLOSURE/TAX LIEN |
| ( ) **FL** FORECLOSURE RIGHTS REDEM | ( ) **PO** PETITION FOR CONSTABLE | ( ) **TS** TRUSTEE SUCCESSOR |
| | ( ) **PS** PERFORM SURGERY | ( ) **VC** VACATE ARBITRATION |

**PROBATE APPEAL**

| | | |
|---|---|---|
| ( ) **GD** GUARDIANSHIP | | |
| ( ) **NC** NAME CHANGE | ( ) **OA** OTHER PROBATE APPEAL | |
| | ( ) **TU** TRUST | ( ) **WL** WILL |

**DISTRICT COURT APPEAL**

( ) DISTRICT COURT APPEAL

TRIAL (X) YES ( ) NO IF YES: ( ) JURY (X) NON-JURY

ATTORNEY NAME & REGISTRATION# 3099
PRO SE/NAME: John J. Flanagan 2348 Post Rd. Warwick, RI 02886

DATE: Jan. 4, 2008 TODAY

SC223 (REV05-05)