STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2008-0007 DAVID M CERULLO V KAMAN CORPORATION

Filing Date: 01-04-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 05-02-2008

Plaintiff: DAVID CERULLO
ID: @10957494

Attorney: JOHN FLANAGAN

Defendant: KAMAN CORPORATION
ID: @10957496
Defendant: CIGNA CORPORATION
ID: @10957498
Defendant: LIFE INSURANCE COMPANY OF NORTH AME
ID: @10957502

RECEIVED
MAY 02 2008
Property of U.S. District Court
Rhode Island

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 01-04-2008 | COMPLAINT FILED | |
| 01-04-2008 | INITIAL FILING FEE | |
| 01-04-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCK59736. |
| 05-02-2008 | STIPULA FILED,EXTEN OF TIME | DEFTS HAS UNTIL 05-16-08 TO ANSWER |
| 05-02-2008 | NOTICE OF REMOVAL | |
| 05-02-2008 | OTH DOC FILED DURING DISCOV | |
| 05-02-2008 | CASE REMVD TO US DISTRICT CT | |

TRUE COPY ATTEST

[signature]

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT