UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID M. CERULLO, Plaintiff, | ) | |
| v. | ) | CA No. 08-162 S |
| KAMAN CORPORATION, CIGNA CORPORATION, LIFE INSURANCE COMPANY OF NORTH AMERICA, Defendants. | ) | |

**PRETRIAL ORDER**

(Civil Case)

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. Dispositive Motions. Defendants shall file their dispositive motion by **August 29, 2008.** Plaintiff shall file his objection and cross-motion for summary judgment by **September 12, 2008.** Defendants' objection and reply are due by **September 26, 2008.** Plaintiff's reply is due by **October 10, 2008.** Prior to filing a motion for summary judgment, counsel must request a conference with the Court. Counsel should note the requirements of Local Rule 56 with respect to motions for summary judgment.

2. Additional Matters. Counsel shall file, in addition to documents electronically filed, two (2) additional "hard" copies for Chambers.

By Order

/s/ Doreen Baldinelli
Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge
Date: May 27, 2008