UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID M. CERULLO,<br>Plaintiff<br><br>v.<br><br>KAMAN CORPORATION, CIGNA CORPORATION, LIFE INSURANCE COMPANY OF NORTH AMERICA,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 08-0162/S |

DISMISSAL STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties that pursuant to Fed. R. Civ. P. Rule 41(a), the captioned suit is hereby dismissed with prejudice, each party to bear its own costs and fees.

/s/ John J. Flanagan
John J. Flanagan, Esq., No. 3099
Attorney for Plaintiff
2348 Post Road
Warwick, Rhode Island 02886
(401) 732-4480
(401) 732-4983 FAX
jflanagan@torti.com

/s/ Brooks R. Magratten
Brooks R. Magratten, Esq., No. 3585
Timothy M. Bliss, Esq., No. 6228
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: July 28, 2008

CERTIFICATE OF SERVICE

To:

John J. Flanagan, Esq.
2348 Post Road
Warwick, RI 02886

I hereby certify that I electronically filed this Dismissal Stipulation on July 28, 2008. The Dismissal Stipulation is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means or by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Brooks R. Magratten